JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| LAURA THOMSEN, | Case No.: 8:24-cv-01825-CV (DFMx) |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS CREDIT CONTROL, LLC AND SYNCHRONY BANK** |
| CREDIT CONTROL, LLC, and SYNCHRONY BANK, | |
| Defendants. | |

On May 9, 2025, the parties filed a Joint Stipulation of Dismissal with Prejudice as to Defendants Credit Control, LLC and Synchrony Bank (the "Stipulation"). Doc. # 42. The Court, having considered the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

1. The above-entitled matter is DISMISSED with prejudice. Each party is to bear their own fees and costs.

**IT IS ORDERED.**

Dated: 5/19/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE